# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21-cr-584-5 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JUSTICE HUNTER, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Thomas M. Parker's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Justice Hunter and enter a finding of guilty against defendant. (Doc. No. 266.)

On August 11, 2021, the government filed an Indictment against defendant. (Doc. No. 1.) On May 2, 2022, this Court issued an order assigning this case to Magistrate Judge Parker for the purpose of receiving defendant's guilty plea. (Doc. No. 238.)

On May 26, 2022, a hearing was held in which defendant entered a plea of guilty to Counts 5 and 15 of the Indictment, charging Justice Hunter with Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine, Cocaine Base and Fentanyl, in violation of 21 U.S.C. Section 841 (a)(1) and (b)(1)(C) and 846 and to Count 15 of the Indictment, charging Justice Hunter with Distribution of a Controlled Substance, in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(C). Magistrate Judge Parker received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 238.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that Justice Hunter understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 5 and 15 in violation of 21 U.S.C. Section 841 (a)(1) and (b)(1)(C) and 846 and 21 U.S.C. Section 841(a)(1) and (b)(1)(C), respectively. The sentencing will be held on September 8, 2022, at 12:00 p.m.

**IT IS SO ORDERED**.

Dated: September 8, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**