## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21-cr-584-5 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JUSTICE HUNTER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on July 12, 2023.[1] The Court referred this matter to Magistrate Judge Reuben J. Sheperd[2] to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Sheperd reported that a supervised release violation hearing was held on January 8, 2025. The defendant admitted to the following violation:

1. New Law Violation.

The magistrate judge filed a report and recommendation on January 10, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated

---

[1] Superseding violation reports were filed on October 12, 2023, October 25, 2023, January 7, 2025, and January 23, 2025. The purposes of these superseding reports were to update the Court and ultimately remove violation numbers 2 and 3 after the government sought dismissal of those violations during the preliminary revocation hearing held on January 8, 2025.

[2] This matter was originally referred to Magistrate Judge Thomas Parker, now retired. The case was reassigned to Magistrate Judge Sheperd on April 2, 2024.

the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on January 29, 2025. Present were the following: Assistant United States Attorney Toni Beth Schnellinger, representing the United States; Assistant Federal Public Defender Edward Bryan, representing the defendant; the defendant Justice Hunter, and United States Probation Officer Cierra Motley.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 24 months, with credit for time served to date. Following imprisonment, the defendant is to serve a period of supervised release for 3 years with the same terms and conditions as previously imposed.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: January 29, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**